FRANK S. WILLIAMS, Respondent, *v.* CHARLES BETTELS, Appellant.

*Williams* v. *Bettels*, 134 App. Div. 983, appeal dismissed.
(Submitted May 31, 1910; decided June 7, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 23, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for goods sold and delivered.

The motion was made upon the grounds that the appeal was not taken within the time prescribed by section 1325 of

the Code of Civil Procedure, and had not been perfected by filing the required undertaking.

*Walter H. Dodd* for motion.

*Gates Hamburger* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.